UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM SMITH,<br><br>Plaintiff,<br><br>v.<br><br>LEVASSEUR DYER & ASSOCIATES. P.C.,<br><br>Defendant. | Case No. 25-cv-13971<br><br>Honorable Robert J. White |

**JUDGMENT**

The Court has granted defendant's motion to dismiss the amended complaint. The Fair Debt Collection Practices Act claim is dismissed with prejudice. The remaining causes of action are dismissed without prejudice.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiff. Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By: s/Tara Villereal
Deputy Clerk

August 24, 2026

Approved: s/ Robert J. White
Robert J. White
United States District Judge